**Order entered December 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00102-CV

## ESTATE OF FREDERIC B. ASCHE, JR., DECEASED

On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-11-3533-2

## ORDER

Before the Court is cross-appellants' December 7, 2015 unopposed motion to dismiss cross-appeal. Cross-appellants have informed the Court that they have entered into a partial settlement with appellants and no longer wish to pursue their cross-appeal. Accordingly, we **GRANT** cross-appellants' motion and dismiss only the cross-appeal. This appeal continues as to appellants and appellees.

/s/    ELIZABETH LANG-MIERS
        JUSTICE